*Various Chapter 13's*

| | | | |
|---|---|---|---|
| S.J. BEAULIEU, JR.<br>CHAPTER 13 TRUSTEE<br>433 METAIRIE ROAD, SUITE 307<br>METAIRIE, LA 70005 | SunTrust Bank<br>MEMPHIS, TN | 64-79<br>611 | 0629545<br>October 25, 2010 |

PAY   Exactly Two Thousand Four Hundred Fifty Five And 31/100 Dollars

$******2,455.31

TO THE ORDER OF
UNITED STATES BANKRUPTCY COURT
STE B-601
500 POYDRAS ST
NEW ORLEANS, LA 70130

VOID AFTER 90 DAYS

*S.J. Beaulieu Jr.*

⑈0629545⑈ ⑆061100790⑆ 8800517495⑈

10/26/10
Deposit to 6047BK,
Treasury Unclaimed.
Due: See Letter

```
   UNITED STATES
 BANKRUPTCY COURT
 EASTERN DISTRICT OF LOUISIANA
    NEW ORLEANS DIVISION

 # 227804      -  SM
 * * C O P Y * *
  October 26, 2010
      12:42:31

   TREASURY REGFUND
 Debtor.: VARIOUS CH.13'S
 Amount.:       $2,455.31 CH
 Check#.: 0629545


 Total->  $2,455.31


 FROM: S. J. BEAULIEU
```

The attached check is presented for overpayments deposited and incorrectly deposited in the Registry of the court.

Registry Check #629545

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 05-14259 | BRIGHT, PATSY MARIE<br>5000 REVEL ST<br>NEW ORLEANS LA 70129 | 259.00 | SOUTHERN PAY DAY LOAN<br>7011 READ BLVD<br>NEW ORLEANS LA 70127 |
| 05-14259 | BRIGHT, PATSY MARIE<br>5000 REVEL ST<br>NEW ORLEANS LA 70129 | 263.33 | DELTA PAY DAY LOAN<br>7128 DOWNMAN RD<br>NEW ORLEANS LA 70126 |
| 05-15818 | MARTIN SR, DOUGLAS<br>MARTIN, YVONNE<br>1231 GENERAL OGDEN ST<br>NEW ORLEANS LA 70118 | 1,366.60 | KIRSCHMAN'S<br>6750 SIEGEN LN<br>BATON ROUGE LA 70809 |
| 06-10782 | NICHOLAS JR, HARRY JOSEPH<br>224 ROBERTSON RD<br>INDEPENDENCE LA 70443 | 40.88 | ADVANCE AMERICA<br>135 N CHURCH ST<br>SPARTANBURG SC 29306 |
| 07-11491 | GRAVOIS, ALICE M<br>133 ESTES ST<br>METAIRIE LA 70001 | 23.08 | (debtor) |
| 08-10994 | CATOIRE, WILLIAM P<br>CATOIRE, ANTHONIA M<br>PO BOX 611<br>MADISONVILLE LA 70447 | 292.00 | (debtor) |
| 08-11838 | GUIDRY, RAYMOND<br>GUIDRY, KIMBERLY<br>181 E 59TH ST<br>CUT OFF LA 70345 | 17.96 | ST ANNE GENERAL HOSPITAL<br>4608 HWY 1<br>RACELAND LA 70394 |
| 08-12913 | ANZALONE, ANTONINO FRANCISCO<br>ANZALONE, PAULETTE JO<br>PO BOX 921<br>INDEPENDENCE LA 70443 | 15.40 | WORLDWIDE ASSET PURCHASING LLC<br>% WEST ASSET MANAGEMENT INC<br>PO BOX 105698<br>ATLANTA GA 30348 |
| 09-11137 | BROWN, COREY<br>BROWN, PATRICIA<br>APARTMENT B<br>4230 LAC DU BAY DR<br>HARVEY LA 70058 | 177.06 | (debtor) |
| | | $2,455.31 | |